# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION, AT DAYTON

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY PENSION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE STEEL ERECTORS, INC., et al.,<br><br>Defendants. | Case No. 3:10-CV-00082<br><br>Judge Walter H. Rice<br>Magistrate Judge Michael R. Merz |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Joint Stipulation of Dismissal filed by Plaintiff, Trustees of the Iron Workers District Council of Southern Ohio & Vicinity Pension Trust and remaining Defendant, Capital City Steel, Inc. Having considered the matter, and being duly advised, the Court now DISMISSES this case as to and between the above-referenced parties, in its entirety, with prejudice. Each party shall be responsible for its own attorneys' fees and costs.

Dated this 19th day of October, 2011.

_____
U.S. District Judge/Magistrate Judge
Southern District of Ohio, Western Division at Dayton

Distribution:

Robert J. Orelup
Christopher S. Drewry
Drewry Simmons Vornehm, LLP
Carmel City Center
736 Hanover Place, Suite 200
Carmel, Indiana 46032

Mark H. Klusmeier
2623 Erie Avenue
Cincinnati, Ohio 45208

Joseph C. Hoffman, Jr.
Patrick J. Egan
D. James Petroff
Faulkner, Hoffman& Phillips, LLC
20445 Emerald Parkway, Suite 210
Cleveland, OH 44135